NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  GARTH JANKE,**
*Appellant*

---

2022-1274

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/781,695.

---

**JUDGMENT**

---

GARTH JANKE, Salem, OR, argued pro se.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal.  Also represented by THOMAS W. KRAUSE, AMY J. NELSON, MAUREEN DONOVAN QUELER, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 6, 2022              /s/ Peter R. Marksteiner
      Date                  Peter R. Marksteiner
                            Clerk of Court